In the Matter of the Estate of WILLIAM MILLS, 3RD, Otherwise Known as WILLIAM CROSSMAN LEE, an Infant, and His Estate. ARNOLD O. SCHRAMM, Appellant; DE WITT H. LYON, as General Guardian, etc., Respondent.— Order of the Surrogate's Court of Westchester county modified by striking therefrom the requirement that a bill of particulars be furnished setting forth the facts asked in subdivisions (a), (d), (e), (f), (g), (h) and (l), referred to in the order; and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

In the Matter of the Proceeding to Recover Possession of Real Estate, and for the Removal Therefrom of CARL SCHMIT, SMITH or SMITT, Respondent. FRANK SCHWARZE, Appellant.— Final order of the County Court of Dutchess county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

In the Matter of the Application of RUDOLF TOMFORD, Appellant, to Compel the Substitution of LOUIS COHEN in the Place and Stead of EDWARD J. McCROSSIN, Respondent, as Attorney for the Plaintiff in the Action Entitled as Follows: " Supreme Court — Kings County. RUDOLF TOMFORD, Plaintiff, against HENRY H. DIETCH, Defendant." EDWARD J. McCROSSIN, Respondent.— Order modified by striking therefrom the second directory provision, and as so modified affirmed, with ten dollars costs and disbursements to appellant, unless within ten days respondent stipulate that the order be modified by striking out from the second directory provision the words " at fifteen per cent. of any sum which may be recovered herein by suit, settlement or otherwise," and inserting the words " one hundred dollars." In case such stipulation is filed, the order as modified is affirmed, without costs. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.